*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR C. MEFFORD, | NO. C 00-20328 JW |
| Petitioner(s), | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION; LIFTING STAY; DIRECTING RESPONDENT TO SHOW CAUSE** |
| v. | |
| ERNEST ROE, WARDEN, | |
| Respondent(s). | |
| / | (Docket No. 85) |

Petitioner's motion for an extension of time to file an amended petition is granted. The stay is lifted. Respondent shall file with this Court and serve upon Petitioner, no later than **sixty (60) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the State trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent no later than **forty-five (45) days** of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **forty-five (45) days** after the date Petitioner is served with Respondent's Answer.

Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set

Order Granting Motion for Extension of Time to File Amended Petition; Lifting Stay; Directing Respondent to Show Cause
P:\PRO-SE\SJ.Jw\HC.00\mefford20328osc3.wpd

forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion no later than **forty-five (45) days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply no later than **fifteen (15) days** of receipt of any opposition.

It is Petitioner's responsibility to prosecute this case. Petitioner must keep the court informed of any change of address by filing a separate paper with the Clerk of the Court headed "NOTICE OF CHANGE OF ADDRESS," and comply with any orders of the Court within the time allowed or ask for an extension of that time. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See Martinez v. Johnson, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

Petitioner is reminded that all communications with the Court, whether by way of formal legal motions or informal letters, must be served on Respondent by mailing a true copy of the document to Respondent's counsel.

Extensions of time are not favored, though reasonable extensions will be granted. However, the party making a motion for an extension of time is not relieved from his or her duty to comply with the deadlines set by the Court merely by having made a motion for an extension of time. The party making the motion must still meet the deadlines set by the Court until an order addressing the motion for an extension of time is issued. Any motion for an extension of time must be filed no later than **fifteen (15) days** prior to the deadline sought to be extended.

Dated: April 25, 2006

JAMES WARE
United States District Judge

Order Granting Motion for Extension of Time to File Amended Petition; Lifting Stay; Directing Respondent to Show Cause
P:\PRO-SE\SJ.Jw\HC.00\mefford20328osc3.wpd 2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur C. Mefford
CSP-Solano II
P.O. Box 4000
Vacaville, CA 95696

Catherine A. Rivlin
Jeffrey M. Bryant
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004

Dated: April 25, 2006                    **Richard W. Wieking, Clerk**

**By:   /s/JW Chambers**
    **Melissa Peralta**
    **Courtroom Deputy**

**United States District Court**
For the Northern District of California

Order Granting Motion for Extension of Time to File Amended Petition; Lifting Stay; Directing Respondent to Show Cause
P:\PRO-SE\SJ.Jw\HC.00\mefford20328osc3.wpd