United States District Court
For the Northern District of California

**FILED**

DEC 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR C. MEFFORD,

    Petitioner,

v.

ERNEST ROE JR., Warden,

    Respondent.

NO. C 00-20328 JW   PR

ORDER GRANTING ENLARGEMENT OF TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY

(Docket No. 105)

Petitioner's application for an extension of time to file an application for certificate of appealability (Docket No. 105) is GRANTED. Although petitioner requested an enlargement of time until December 5, 2007, the Court will extend the time in the interests of justice another fifteen days, such that petitioner has until ~~December 15, 2007~~ *January 2, 2008*, to file the application.

Dated: DEC 17 2007

JAMES WARE
United States District Judge

Order Granting Application For Enlargement of Time to File Application for COA
P:\PRO-SE\SJ.JW\HC.00\mefford20328_eot-COA.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR C. MEFFORD,

    Petitioner,

v.

ERNEST ROE JR., Warden,

    Respondent.
_____/

Case Number: CV00-20328 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __12/17/07__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur C. Mefford C-22481
CSP-Solano II
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: __12/17/07__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk